W. H. Mullen, Plaintiff in Error, vs. R. J. Camp and B. F. Camp, partners doing business under the firm name of R. J. and B. F. Camp, Defendants in Error.

Writ of error to Circuit Court, Columbia county; John F. White, Judge.

F. P. Cone and B. H. Palmer, for Plaintiff in Error.

Roberson & Small and A. J. Henry, for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error.  There was judgment for the plaintiffs, and the defendant takes writ of error.

Writ of error dismissed on motion of counsel for defendants in error.